7:23mj41

## ATTACHMENT A

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Michael J. Barrett, being duly sworn, hereby depose and state as follows:

1. I am a Postal Inspector employed with the United States Postal Inspection Service (USPIS) since 2022. I am currently assigned to the Roanoke, VA domicile of the Washington Division. My responsibilities include the investigation of federal and state criminal violations involving the United States Postal Service (USPS) and crimes furthered through the use of the United States Mail. I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant. I am authorized to investigate criminal and civil matters related to the United States Postal Service and the mails; serve warrants and subpoenas; make arrests; carry firearms; make seizures of property; administer oaths; and perform such other official duties as may be established by the Chief Postal Inspector.

2. Prior to becoming a United States Postal Inspector, I was a Police Officer with Fairfax County for four (4) years. I attended and completed a six (6) month academy, conducted at the Fairfax County Criminal Justice Academy. During my time as a police officer, I was trained in criminal investigations with regards to assaults, narcotics, violent crimes, as well as other law enforcement duties.

3. I know based on training and experience that the U.S. Mail is often used by drug trafficking organizations to transport controlled substances and proceeds from the sale of

controlled substances. I know based on training and experience that USPS Priority Mail and Priority Mail Express are commonly used to transport controlled substances, and drug trafficking proceeds, because drug traffickers can track parcels, control dispatch times and locations, and have a guarantee of delivery in one to three days.

## PROBABLE CAUSE

4. This affidavit is submitted in support of an application for a search warrant of a USPS Priority Mail parcel bearing tracking number "9505 5145 7612 3100 9841 86" for controlled substances and/or the proceeds from drug trafficking. The parcel (hereafter referred to as Parcel #1) is described as follows:

   a. Addressee: Aurelio Fontanarosa, 2263 Mountain View Terrace Apt 8, Roanoke, VA 24016
   b. Return Address: 1 Stop Auto Parts, 1630 W Chapman Ave Unit B, Orange, CA 92868
   c. Origin: Lake Forest, CA, 92630, Postage: $37.20, Date: Apr 10, 2023
   d. Tracking Number: 9505 5145 7612 3100 9841 86 (Parcel #1)
   e. Description: USPS Priority Mail Box, 12.25" x 12" x 8.5"
   f. Weight: 6 pound 1.80 ounces

5. On April 11, 2023, Parcel #1 was identified as a suspected drug parcel inbound to the Western District of Virginia. Parcel #1 was mailed from the Lake Forest, CA, 92630 Post Office on April 10, 2023. Continuing April 13, 2023, your affiant took custody of Parcel #1. Parcel #1 is a USPS Priority Mail parcel, bearing a handwritten label. California is a known source area for parcels containing controlled substances mailed into the Western District of Virginia. A photograph of Parcel #1 is attached as Exhibit #1.

6. Your affiant made inquiries via postal databases and CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information. The sender "1 Stop Auto Parts" was associated to 1630 W Chapman Ave Unit B, Orange, CA 92868. Parcel #1 was sent from the Lake Forest, CA post office, which is approximately 18 miles from the return address. Furthermore, your affiant spoke with the 1 Stop Auto Parts, 1630 W Chapman Ave Unit B, Orange, CA 92868 location, and was told the store does not ship anything. All orders through this location are pick up only. A search of CLEAR indicated the recipient "Aurelio Fontanarosa" does reside at 2263 Mountain View Terrace Apt 8, Roanoke, VA 24016. In your affiant's training and experience, drug trafficking organizations utilize different sender address and name information when sending parcels containing controlled substances and/or drug proceeds through the U.S. Mail.

7. On April 14, 2023, your affiant requested a narcotic detection canine from the Roanoke County Police Department (RCPD). Officer Chesser, and his narcotic detection canine, "Cash," responded to the USPS Roanoke Processing and Distribution Center located at 419 Rutherford Ave NE, Roanoke, Virginia 24022. Parcel #1 was placed in a blind parcel line-up and subjected to an exterior search by Canine "Cash." Officer Chesser advised your affiant at approximately 09:45 a.m. that Canine "Cash" alerted to Parcel #1. According to Officer Chesser, this positive alert meant Canine "Cash" detected the odor of an illegal drug emanating from Parcel #1. A supporting affidavit of the narcotics detection training completed by Officer Chesser and Canine "Cash" is provided as Exhibit #2.

8. Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that the USPS Priority Mail parcel bearing tracking number "9505 5145 7612 3100 9841 86" addressed to "Aurelio Fontanarosa, 2263 Mountain View Terrace Apt 8, Roanoke, VA 24016," bearing a return address of "1 Stop Auto Parts, 1630 W Chapman Ave Unit B, Orange, CA 92868," contains controlled substances, and/or the proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

*Michael J. Barrett*
Michael J. Barrett
Postal Inspector
United States Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means; specifically, by telephone, on the 14th day of April, 2023.

*Robert S. Ballou*
The Honorable Robert S. Ballou
United States District Court Judge
Western District of Virginia