AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>7:23mj41 | Date and time warrant executed:<br>04/17/2023 9:40 AM | Copy of warrant and inventory left with:<br>On file with USPIS |

Inventory made in the presence of :
Inspector Barrett and Inspector McCafferty

Inventory of the property taken and name(s) of any person(s) seized:

1. Approximately 2126g of THC Vape Cartridges

2. United States Postal Service Priority Mail Parcel bearing tracking number "9505 5145 7612 3100 9841 86" and packing materials

**Received in Chambers**
**By Reliable Electronic Means**

April 17, 2023

**Hon. Robert S. Ballou**
**United States District Judge**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/17/2023

*Michael J. Barrett*
*Executing officer's signature*

Michael J. Barrett, United States Postal Inspector
*Printed name and title*